# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

jbarton@faillacelaw.com

March 3, 2021

**VIA ECF**

Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*SO ORDERED*

The initial conference is adjourned from March 10, 2021 to May 12, 2021 at 9:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

MAR 0 4 2021

Re: **Rosario v. La Familia Market, et al.,**
**20 Civ. 8617 (GBD)**

Dear Judge Daniels:

I represent Plaintiff in the above referenced matter. I write to request the initial conference scheduled for March 10, 2021 be adjourned sine die. This is the first request of its kind.

To date, Defendants have neither answered nor appeared and are in default. Plaintiff is in the process of obtaining Certificates of Default, and will be moving for a default judgment within the next 30 days.[1]

Thank you for your attention.

Respectfully,

/s/ Jesse Barton

Jesse Barton

---

[1] Plaintiff will be dismissing his claims against Socrates Doe, without prejudice.

*Certified as a minority-owned business in the State of New York*